**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00364-CR**
**NO. 09-21-00365-CR**

_____

**MICHAEL EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Cause Nos. 24119 & 24638**

_____

**MEMORANDUM OPINION**

Michael Edwards filed a motion to dismiss his appeals. *See* Tex. R. App. P. 42.2(a). Counsel signed the motion and affixed an exhibit signed by Edwards showing his consent to dismissal of the appeals. We grant the motion and dismiss the appeals. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

1

Submitted on March 15, 2022
Opinion Delivered March 16, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.